```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 20772
   ROBERT ROY HELM
   MARY PATRICIA HELM                            CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1557     SSN XXX-XX-7809

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
HOME LOAN SERVICES        SECURED NOT I         .00          .00             .00
HOME LOAN SERVICES        SECURED NOT I   54908.46           .00             .00
HOME LOAN SERVICES INC    NOTICE ONLY    NOT FILED           .00             .00
GMAC                      SECURED NOT I   16557.85           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         880.29           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED       11796.59           .00             .00
CAPITAL ONE               UNSECURED        1878.40           .00             .00
CAPITAL ONE               UNSECURED         892.88           .00             .00
CAPITAL ONE               UNSECURED        1626.52           .00             .00
CAPITAL ONE               UNSECURED        2023.19           .00             .00
CAPITAL ONE               UNSECURED         677.05           .00             .00
COOK COUNTY TREASURER     SECURED NOT I    2831.28           .00             .00
ALONZO H ZAHOUR           DEBTOR ATTY     1,574.00                       1,574.00
TOM VAUGHN                TRUSTEE                                          136.88
DEBTOR REFUND             REFUND                                            69.12

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               1,780.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                1,574.00
TRUSTEE COMPENSATION                            136.88
DEBTOR REFUND                                    69.12
                      --------------        --------------
TOTALS                1,780.00                1,780.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 20772 ROBERT ROY HELM & MARY PATRICIA HELM

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE